ELLIN DAVTYAN (238608)
General Counsel
KIRSTEN GALLER (227171)
Deputy General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
845 South Figueroa Street
Los Angeles, CA 90017
Tel.: (213) 765-1000
Fax: (415) 538-2321

RAYMOND ROLLAN (304548)
Assistant General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
180 Howard Street
San Francisco, CA 94105-1639
Tel: (415) 538-2388
Fax: (415) 538-2321
Email: raymond.rollan@calbar.ca.gov

Attorneys for Defendants
LEAH WILSON, ELLIN DAVTYAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN REINER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHANE HOFELING, DONNA SAMPSON, BIYING IIA, PATRICIA GUERRERO, LEAH WILSON, ELLIN DAVTYAN, and DOES 1 through 10,<br><br>　　　　Defendants. | Case No.: 2:25-CV-2376-DC-CKD<br><br>**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR MOTION TO DISMISS (E.D. Cal. L.R. 143; 144(a)); [PROPOSED] ORDER** |

1  Pursuant to Local Rules 143 and 144(a), the parties, *pro se* Plaintiff Martin Reiner ("Plaintiff") and Defendants Ellin Davtyan and Leah Wilson ("State Bar Defendants"), by and through their respective counsel, stipulate to extend the time for Plaintiff to file his opposition to the State Bar Defendants' motion to dismiss, and the time for the State Bar Defendants to file their reply brief, by two weeks.

Plaintiff's complaint was filed on August 20, 2025. On October 16, 2025, Plaintiff served the State Bar Defendants with his summons and complaint by Notice of Acknowledgement and Receipt. The State Bar Defendants returned executed Waivers of Service of Summons on November 17, 2025. Under Federal Rule of Civil Procedure 4, the State Bar Defendants' deadline to file a motion to dismiss is on December 16, 2025. Under the current briefing schedule, Plaintiff's opposition is due December 30, 2025, and the State Bar Defendants' reply is due January 9, 2026.

The State Bar Defendants intend to file their motion to dismiss on or before December 16, 2025. However, good cause exists to extend the briefing schedule on Plaintiff's opposition and the State Bar Defendants' reply. Specifically, counsel for the State Bar Defendants will be out of the country, with limited email access, from December 26, 2025, to January 10, 2025, during which Plaintiff's opposition and the State Bar Defendants' reply are due.

Based on counsel's unavailability, the parties agree to a two-week extension of the briefing schedule. Specifically, the parties agree to extend Plaintiff's deadline to file his opposition from December 30, 2025, to January 13, 2026, and the State Bar Defendants' deadline to file their reply brief from January 9, 2026, to January 23, 2026.

THEREFORE, IT IS HEREBY STIPULATED, by any between Plaintiff and the State Bar Defendants that Plaintiff will have until January 13, 2026, to file his opposition and that the State Bar Defendants will have until January 23, 2026, to file their reply.

**SO STIPULATED.**

/////

/////

/////

-2-

Dated: December 12, 2025      STATE BAR OF CALIFORNIA
OFFICE OF THE GENERAL COUNSEL

By: /s/ RAYMOND R. ROLLAN
    RAYMOND ROLLAN
    Assistant General Counsel
    Attorneys for Defendant
    STATE BAR OF CALIFORNIA

Dated: [DATE]      By: _____
    MARTIN REINER
    Plaintiff Pro Se

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The State Bar Defendants shall file their motion to dismiss on or before December 16, 2025. Plaintiff's deadline to file an opposition to the State Bar Defendants' motion to dismiss is continued from December 30, 2025, to January 13, 2026. The State Bar Defendants' deadline to file a reply is continued from January 9, 2026, to January 23, 2026.

Dated: December 16, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, rein.2376.25